HID 011 Request for Media Blogging
Amended 09/2015

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 10 2017

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

## Request for Media Blogging

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

| | |
|---|---|
| Case Name: USA v Ikaika Erik Kang | Case No. 1:17-mj-00767-KJM |
| Presiding District or Magistrate Judge: | Mag. Judge Kenneth Mansfield |
| Media Outlet: | The Associated Press |
| Representative(s): | Audrey McAvoy, Jennifer Kelleher, Caleb Jones |
| Email Address To Send Completed Request Form: | amcavoy@ap.org |

☒ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 7/10/17 | 2:30 p.m. | initial appearance hearings |
| | | |
| | | |
| | | |
| | | |

DATED: 7/10/17   SIGNATURE: Audrey McAvoy
PRINTED NAME: Audrey McAvoy

IT IS SO ORDERED.

[X] APPROVED    [ ] APPROVED AS MODIFIED    [ ] DENIED

DATED: July 10, 2017

Kenneth J. Mansfield
United States Magistrate Judge